# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ERIK SOLIS HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN et al.,<br><br>Respondents. | Case No. 5:26-cv-02140-DFM<br><br>ORDER GRANTING PETITIONER'S UNOPPOSED HABEAS PETITION (Dkt. 1) |

On April 27, 2026, Petitioner Erik Solis Hernandez, who is represented by counsel, filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition"), challenging his immigration detention under the Immigration and Nationality Act and the Due Process Clause of the Fifth Amendment. See Dkt. 1.

On May 4, 2026, Respondents filed an Answer, stating: "Petitioner Erik Solis Hernandez appears to be a member of the Bond Eligible Class certified in Maldonado Bautista v. Santacruz, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025) reconsideration granted in part, --- F. Supp. 3d ---, 2025 WL 3713982 (C.D. Cal. Dec. 18, 2025), and amended and superseded on reconsideration, --- F. Supp. 3d ---, 2025 WL 3713987 (C.D. Cal. Dec. 18, 2025). On December 18, 2025, the Bautista court entered final judgment as to the Bond Eligible Class, 2025 WL 3678485." Dkt.

7. Respondents note that <u>Bautista</u> was appealed, and that the <u>Bautista</u> court's December 18, 2025 judgment remains in place in this District. <u>See id.</u> Respondents state: "[t]o the extent Petitioner is entitled to any remedy via the habeas petition, at most it would be ordering an individualized bond hearing to be held before an immigration judge under 8 U.S.C. § 1226(a)."

As Respondents do not advance any argument in opposition to the Petition, the unopposed Petition is **GRANTED**. Respondents are **ORDERED** to:

1.      Arrange for Petitioner to receive an individualized bond hearing before an Immigration Judge under 8 U.S.C. § 1226(a) within seven (7) days, with instructions that the Immigration Judge has jurisdiction under 8 U.S.C. § 1226(a) to consider release on bond. At the bond hearing, the Immigration Judge must review all evidence related to Petitioner's danger and flight risk and reach a reasoned decision regarding Petitioner's detention;

2.      Release Petitioner from custody if Petitioner is not timely provided with the aforementioned bond hearing; and

3.      File a statement with the court within ten (10) days, attesting to Respondents' compliance with this Order.

**IT IS SO ORDERED.**

Date: May 4, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge

2