JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| ERIK SOLIS HERNANDEZ, | Case No. 5:26-cv-02140-DFM |
| Petitioner, | JUDGMENT |
| v. | |
| MARKWAYNE MULLIN et al., | |
| Respondents. | |

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order Granting Petitioner's Unopposed Petition for Writ of Habeas Corpus filed on May 4, 2026.

Date:  May 15, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge